Robert C. KONOP, Plaintiff–Appellant,

v.

HAWAIIAN AIRLINES, INC., Defendant–Appellee.

No. 99–55106.

D.C. No. CV–96–04898–SJL (JGx)

United States Court of Appeals, Ninth Circuit.

Filed Aug. 28, 2001

Before: BOOCHEVER, REINHARDT, and PAEZ, Circuit Judges.

## ORDER

The opinion filed on January 8, 2001, published at *Konop v. Hawaiian Airlines, Inc.*, 236 F.3d 1035 (9th Cir.2001), is withdrawn. As such, the petition for rehearing en banc filed by Hawiian Airlines is moot. A subsequent opinion will be filed at a later date. Judge Reinhardt dissents from the withdrawal of the opinion.